JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KWASI DONKOR,<br>    Plaintiff,<br>vs.<br>KAMALA D. HARRIS, ET AL,<br>    Defendants. | Case No. CV 15-00692-GW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 24, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1